1   Fred W. Schwinn (SBN 225575)
    CONSUMER LAW CENTER, INC.
2   12 South First Street, Suite 1014
    San Jose, California  95113-2418
3   Telephone Number: (408) 294-6100
    Facsimile Number: (408) 294-6190
4   Email Address: fred.schwinn@sjconsumerlaw.com

5   Attorney for Plaintiff
    IMAN HATAMI
6

7

8              **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN JOSE DIVISION**

10   IMAN HATAMI,                          Case No.  C08-02330-HRL

11                     Plaintiff,

12   v.                                    **DECLINATION TO PROCEED**
                                          **BEFORE A UNITED STATES**
13   RESURGENT CAPITAL SERVICES, LP, a     **MAGISTRATE JUDGE**
     Delaware limited partnership, ALEGIS             **AND**
14   GROUP, LLC, a Delaware limited liability **REQUEST FOR REASSIGNMENT TO**
     company, and LVNV FUNDING, LLC, a     **A UNITED STATES DISTRICT**
15   Delaware limited liability company,    **JUDGE**

16                     Defendants.

17

18        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19        The undersigned party declines to consent to the assignment of this case to a United

20   States Magistrate Judge for trial or disposition and hereby requests the reassignment of this case

21   to a United States District Judge.

22

23                                         CONSUMER LAW CENTER, INC.

24

25   Dated: May 28, 2008                   By: /s/ Fred W. Schwinn
                                              Fred W. Schwinn, Esq.
26                                            Attorney for Plaintiff
                                              IMAN HATAMI
27

28

     REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE    Case No.  C08-02330-HRL