1 | Fred W. Schwinn (SBN 225575)
2 | CONSUMER LAW CENTER, INC.
  | 12 South First Street, Suite 1014
3 | San Jose, California 95113-2418
  | Telephone Number: (408) 294-6100
4 | Facsimile Number: (408) 294-6190
  | Email Address: fred.schwinn@sjconsumerlaw.com
5 |
6 | Attorney for Plaintiff
  | IMAN HATAMI

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| IMAN HATAMI, | Case No.: C08-02330-JF-HRL |
|---|---|
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| RESURGENT CAPITAL SERVICES, LP, *et al.*, | |
| Defendants. | |

Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8-5-2008

_Iman Hatami_
Iman Hatami, Plaintiff

Dated: 8-5-08

_____
Fred W. Schwinn, Esq.
Attorney for Plaintiff

---

ADR CERTIFICATION BY PARTIES AND COUNSEL                                      Case No. C08-02330-JF-HRL