Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
IMAN HATAMI

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IMAN HATAMI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.: C08-02330-JF-HRL<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civil L.R. 3-12 & 7-11] |
| IMAN HATAMI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.: C08-02453-RS |

　　　Pursuant to Civil L.R. 3-12, Plaintiff files this <u>Administrative Motion to Consider Whether Cases Should be Related</u> as follows:

　　　1. The title and case number of each apparently related case.

　　　(a) Iman Hatami v. Resurgent Capital Services, LP, *et al.*, Case No. C08-02330-JF-HRL.

(b) Iman Hatami v. Resurgent Capital Services, LP, *et al.*, Case No. C08-02453-RS.

2. A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a).

(a) The actions concern the same parties and substantially similar issues of fact and law.

(b) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

(c) Relating the cases is likely to conserve judicial resources and promote efficient use of counsel's time.

(d) Placing the cases on the same judicial track would be less burdensome on the parties, witnesses and counsels' resources (Plaintiff and Defense counsel are the same in both matters). In addition to the considerations of judicial economy and convenience, relating these cases would assist the Court in arriving at consistent decisions.

Respectfully Submitted,

CONSUMER LAW CENTER, INC.


By: /s/ Fred W. Schwinn
    Fred W. Schwinn, Esq.
    Attorney for Plaintiff
    IMAN HATAMI